```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOSE MARIO PEREZ,                                                  :
                                                                   :
                        Petitioners,                               :
                                                                   :      24-cv-2493 (LJL)
            -v-                                                    :
                                                                   :          ORDER
GRAMERCY CONSTRUCTION & MANAGEMENT                                 :
CORP. et al,                                                       :
                                                                   :
                        Respondent.                                :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The unopposed motion of Defendant Gramercy Construction & Management Corp., Dkt. No. 24, is granted, and the Clerk of Court is respectfully directed to vacate the Certificate of Default at Dkt. No. 15. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 24.

SO ORDERED.

Dated: January 10, 2025
       New York, New York
                                                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge